___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 23 2009   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



09-CV-00376-CMP

No Iss / Seq 24828

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHONN D. COOK,<br><br>    Plaintiff,<br><br>vs.<br><br>RSC EQUIPMENT RENTAL, INC., a Foreign For-Profit Corporation,<br><br>    Defendant. | No. **C09 0376 JLR**<br><br>NOTICE OF REMOVAL TO U.S. DISTRICT COURT UNDER 28 U.S.C. § 1441(b) (DIVERSITY) |

TO:     Clerk of the Court

AND TO: Plaintiff, Shonn D. Cook, and his attorneys, Keith L. Kessler of Stritmatter, Kessler, Whelan, Coluccio and Arthur Dustin Miller

PLEASE TAKE NOTICE that defendant RSC Equipment Rental, Inc. hereby removes to this Court the state court action described below:

1. On March 5, 2009, an action was commenced in the Superior Court of the State of Washington in and for the County of Snohomish, entitled *Shonn D. Cook v. RSC Equipment Rental, Inc.*, Cause No. 09-2-03423-9.

2. The first date upon which defendant RSC Equipment Rental, Inc. received a copy of the complaint was March 9, 2009, when defendant RSC Equipment Rental, Inc. was served with the complaint and a summons from the Snohomish County Superior Court. Copies of the summons and complaint are attached hereto as Exhibit No. 1.

NOTICE OF REMOVAL TO U.S. DISTRICT COURT - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

PDX/108765/157186/KXS/4471065.1


ORIGINAL

3. A copy of the service of process on RSC Equipment Rental, Inc. is attached hereto as Exhibit No. 2.

4. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332, which provides for original jurisdiction in cases in which there is diversity of citizenship between parties and the amount in controversy exceeds $75,000.

5. Plaintiff has asserted a claim against RSC Equipment Rental, Inc., a foreign corporation, which is incorporated in the State of Arizona and has its principal place of business in Scottsdale, Arizona. Defendant is informed and believes that Plaintiff Shonn D. Cook is a resident of Clark County in the State of Washington.

6. Plaintiff alleges he fell from an aerial platform at an elevation of approximately 20-30 feet. Plaintiff has not alleged a particular amount in his complaint, but is claiming compensation for damages, including past and future medical expenses, lost earnings, impaired earnings capacity, past and future physical pain, disability, past and future mental and emotional suffering; scarring and disfigurement and loss of enjoyment of life.

7. Defendant's counsel believes from information provided that plaintiff is seeking damages in excess of $75,000.

8. A copy of this Notice of Removal will be filed with the Clerk of the Superior Court for Snohomish County, Washington, and a copy has been served on the attorney for Plaintiff, as indicated on the attached Certificate of Service.

Dated this 20 day of March, 2009.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Bert W. Markovich, WSBA #13580
Jennifer L. Campbell, WSBA #31703
Of Attorneys for Defendant
RSC Equipment Rental, Inc.

NOTICE OF REMOVAL TO U.S. DISTRICT COURT - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

PDX/108765/157186/KXS/4471065.1

# EXHIBIT 1

**EXHIBIT 1**



**FILED**

MAR 05 2009

SONYA KRASKI
SNOHOMISH COUNTY CLERK
EX-OFFICIO CLERK OF COURT

SUPERIOR COURT OF WASHINGTON FOR SNOHOMISH COUNTY

| | |
|---|---|
| SHONN D. COOK, | NO. **09** 2 **03423** 9 |
| Plaintiffs, | |
| v. | SUMMONS |
| RSC EQUIPMENT RENTAL, INC., a foreign corporation, | |
| Defendant. | |

THE STATE OF WASHINGTON, TO RSC EQUIPMENT RENTAL, INC.:

TO THE DEFENDANT:

A lawsuit has been started against you in the above-entitled court by Plaintiff, SHONN D. COOK. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorneys for the Plaintiff within 20 days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what is asked for in the Complaint because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the Plaintiff. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

SUMMONS - 1

413 Eighth Street
Hoquiam, WA 98550

1  
2   If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

3   This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

4

5   DATED: February 27, 2009.

6

7   _____  
Keith L. Kessler, WSBA # 4370  
Stritmatter Kessler Whelan Coluccio  
8   Co-counsel for Plaintiff

9

10  _____  
Arthur Dustin Miller, WSBA #9166  
11  Law Office of Arthur Dustin Miller  
Co-counsel for Plaintiff

SUMMONS - 2

413 Eighth Street  
Hoquiam, WA 98550

FILED

MAR 05 2009

SONYA KRASKI
SNOHOMISH COUNTY CLERK
EX-OFFICIO CLERK OF COURT

SUPERIOR COURT OF WASHINGTON FOR SNOHOMISH COUNTY

| | |
|---|---|
| SHONN D. COOK,<br><br>          Plaintiff,<br><br>v.<br><br>RSC EQUIPMENT RENTAL, INC., a Foreign For-Profit Corporation,<br><br>          Defendant. | NO. 09 2 03423 9<br><br>COMPLAINT FOR PERSONAL INJURIES AND LOSSES |

PLAINTIFF SHONN D. COOK ALLEGES AS FOLLOWS:

### I. PARTIES

1.1     Plaintiff Shonn D. Cook is a resident of Vancouver, Washington.

1.2     Defendant RSC Equipment Rental, Inc. (a/k/a Rental Service Corporation, hereinafter "RSC"), is a for-profit corporation doing business in Snohomish County, Washington.

### II. JURISDICTION/VENUE

2.1     The Superior Courts of the State of Washington have jurisdiction over the parties to and the subject matter of this action.

2.2     Snohomish County is a proper venue for the resolution of this matter.

COMPLAINT FOR PERSONAL INJURIES AND LOSSES - 1

### III. FACTS

3.1  Defendant RSC is in the business of renting equipment, including aerial platforms (scissor lifts), to contractors and subcontractors for use on-site at construction and repair projects.

3.2  Defendant RSC operates an equipment rental facility in Everett, Washington.

3.3  On or about October 8, 2007, Defendant RSC rented a Genie aerial platform (Model No. GS2646, hereinafter "subject aerial platform") to D.M. Hoggatt for use in painting the interior of a new Lowe's Home Improvement facility in Monroe, Washington.

3.4  Plaintiff Shonn Cook was employed by D.M. Hoggatt to paint the ceiling of the Lowe's Facility. He performed his work daily using an aerial platform.

3.5  As was the case with all aerial platforms in use on this job site, the hinges of the entry gate at the rear of the aerial platforms were spring-operated, automatically closing and locking the gate by means of a spring latch.

3.6  On October 8, 2007, Plaintiff Cook was assigned the subject Genie aerial platform that had just been delivered to the job-site.

3.7  After painting the ceiling for three hours on that date, at approximately 11:30 a.m. Plaintiff Cook stepped back on the platform to examine his work.

3.8  Unknown to Plaintiff Cook, the hinge springs for the gate at the rear of the subject aerial lift had not been maintained, and were in fact broken, resulting in the gate failing to close.

3.9  Plaintiff Cook was working at an elevation of between 20 and 30 feet above the cement floor.

3.10  With the gate having failed to close, as Plaintiff Cook stepped backward on the aerial lift, he fell out the back and onto the cement floor, sustaining multiple severe injuries.

COMPLAINT FOR PERSONAL INJURIES AND LOSSES - 2

413 Eighth Street
Hoquiam, WA 98550

## IV. NEGLIGENCE/PROXIMATE CAUSE

4.1     Defendant RSC had a duty to exercise ordinary care to maintain its rental equipment in a proper operating condition.

4.2     Defendant RSC had a further duty to inspect the equipment that it rented to others to make sure that the equipment was in a safe condition, and not defective, and further that legible warnings were in place on the machinery.

4.3     Defendant RSC breached these duties in providing Plaintiff's employer with a defective and dangerous aerial lift that also lacked proper warnings.

4.4     As a direct and proximate result of Defendant RSC's negligent conduct, the subject aerial lift gate malfunctioned, and Plaintiff was severely injured.

## V. DAMAGES

5.1     Plaintiff Cook sustained multiple severe injuries in the subject fall from the aerial platform, including, but not limited to, a brain concussion, wrist fractures (distal radius), upper arm contusion, rotator cuff tear, edema (right arm, right hip and buttocks), spinal subluxations, myospasms, ankle sprain/strain, shoulder sprain/strain, headaches, ringing in his right ear, damage to olfactory senses, and injury to the right side of his face.

5.2     As a result of these injuries, Plaintiff has been unable to return to work, and is sustaining significant and continuing economic losses.

5.3     Plaintiff's damages and losses arising out of this incident include, without limitation:

    5.3.1   Past and future medical expenses;

    5.3.2   Lost earnings;

COMPLAINT FOR PERSONAL INJURIES AND LOSSES - 3

413 Eighth Street
Hoquiam, WA 98550

1    5.3.3   Impaired earning capacity;

2    5.3.4   Past and future physical pain;

3    5.3.5   Disability;

4    5.3.6   Past and future mental and emotional suffering;

5    5.3.7   Scarring and disfigurement; and

6    5.3.8   Loss of enjoyment of life,

7 all in amounts to be proved at the time of trial.

## VI. PRAYER FOR RELIEF

6.1   Based on the foregoing, Plaintiff asks for the following relief:

6.1.1   Judgment against Defendant RSC and any other at-fault entity for the damages and losses set forth in Paragraph 5.3;

6.1.2   Prejudgment interest on the above damages to the extent allowed by law;

6.1.3   Reasonable and statutory attorneys fees and costs; and

6.1.4   Such further relief as justice and equity warrant.

DATED: February 27, 2009.

_____ #26171
Keith L. Kessler, WSBA # 4370
Stritmatter Kessler Whelan Coluccio
Co-counsel for Plaintiff


_____ by RWK
Arthur Dustin Miller, WSBA #9166
Law Office of Arthur Dustin Miller
Co-counsel for Plaintiff

COMPLAINT FOR PERSONAL INJURIES AND LOSSES - 4

413 Eighth Street
Hoquiam, WA 98550

# EXHIBIT 2

**EXHIBIT 2**


# CT Corporation

**Service of Process Transmittal**
03/09/2009
CT Log Number 514548458

| | |
|---|---|
| **TO:** | Frank Soricelli<br>RSC Equipment Rental, Inc.<br>6929 East Greenway Parkway, Suite 200<br>Scottsdale, AZ 85254- |
| **RE:** | **Process Served in Washington** |
| **FOR:** | RSC Equipment Rental, Inc. (Domestic State: AZ) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Shonn D. Cook, Pltf. vs. RSC Equipment Rental, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Snohomish County, Superior Court, WA<br>Case # 09 2 03423 9 |
| **NATURE OF ACTION:** | Personal Injury - Failure to maintain rental equipment in a proper operating condition - On October 8, 2007 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Olympia, WA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/09/2009 at 14:40 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, excluding the day of service |
| **ATTORNEY(S) / SENDER(S):** | Keith L. Kessler<br>Stritmatter Kessler Whelan Coluccio<br>413 Eight Street<br>Hoquiam, WA 98550 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/09/2009, Expected Purge Date: 03/14/2009<br>Image SOP<br>Email Notification, Dale Aurigemma dale.aurigemma@rscrental.com<br>Email Notification, Jill Thomas Jill.Thomas@RSCrental.com<br>Email Notification, Frank Soricelli frank.soricelli@rscrental.com<br>Email Notification, Kevin Groman kevin.groman@rscrental.com<br>Email Notification, Brenda Baca Brenda.Baca@RSCrental.com<br>Email Notification, Joseph Webb joe.webb@rscrental.com |
| **SIGNED:** | CT Corporation System |
| **PER:** | Michele Rowe |
| **ADDRESS:** | 1801 West Bay Drive NW<br>Suite 206<br>Olympia, WA 98502 |
| **TELEPHONE:** | 360-357-6794 |

Page 1 of 1 / JM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of March, 2009, I caused to be served the foregoing Notice of Removal to U.S. District Court (Seattle) on the following party at the following address:

Keith Kessler
Stritmatter Kessler Whelen Couccio
413 Eighth Street
Hoquiam, WA  98550

Arthur D. Miller
Attorney at Law
500 W 8th Street, Ste 250
Vancouver, WA  98660

By:

☒  U.S. Postal Service, ordinary first class mail
☐  U.S. Postal Service, certified or registered mail, return receipt requested
☐  hand delivery
☒  facsimile
☐  electronic service
☐  other (specify) _____

_____
Rayanne Sherwood

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
206-622-1711

PDX/108765/157186/KXS/4471065.1